UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>           Plaintiff,<br><br>      v.<br><br>S. GANNON, ET AL.,<br><br>           Defendants. | Case No.  1:23-cv-01486-NODJ-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO KEEP FIRST AMENDED COMPLAINT ACTIVE<br><br>(ECF No. 17) |

      Plaintiff Lamont Shepard is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Plaintiff commenced this suit by filing a complaint on October 18, 2023. (ECF No. 1). Then on January 29, 2024, Plaintiff filed First Amended Complaint (ECF No. 14), thereby exhausting his right to amend complaint once without obtaining leave of court under Rule 15(a)(1). On February 12, 2024, Plaintiff filed motion "to add to amended complaint," seeking to add new defendants and new claims. (ECF No. 15). On February 26, 2024, the Court denied Plaintiff's motion to amend (ECF No. 15) without prejudice, on the grounds that Plaintiff has not enclosed the proposed complaint as required by local rules. (ECF No. 16).

      Before the Court now is Plaintiff's Motion to "Keep First Amended Complaint Active." (ECF No. 17). Plaintiff states he is "unsure" as to what the Court's order dated February 26, 2024 (ECF No. 16), is. Plaintiff requests to keep the October 18, 2023 complaint active, but then also states that he believed that the Court allowed the first amendment and that the motion

he filed on February 12, 2024 "connected to the first not an second [sic] amendment." (*Id.*) Plaintiff states that "to correct any misunderstanding, which ever complaint is active, Plaintiff will go with that complaint." (*Id.*) He ends the motion with "So if the Oct. 18, 2023 is active lets go with it." (*Id.*)

To clarify, complaint filed on October 18, 2023, is the original complaint. (ECF No. 1). The operative ("active," to use Plaintiff's term) complaint is the First Amended Complaint filed on January 29, 2024 (ECF No. 14).

Because First Amended Complaint is currently the operative complaint, Plaintiff's motion "to keep First Amended Complaint Active" is DENIED as moot.

IT IS SO ORDERED.

Dated: **March 5, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE