UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>S. GANNON, *et al.*,<br><br>　　　　　Defendants. | 1:23-cv-01486-KES-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF Nos. 53, 54) |

　　　　On April 8, 2025, Plaintiff Lamont Shepard, *pro se*, and Defendants S. Reyna, J. Diaz, C. Martinez, C. Williams, J. Rivas, S. Gannon, and S. Levinson, through their counsel, filed joint stipulations dismissing this action with prejudice, with each party to bear its own costs and fees. (ECF No. 53 (Reyna); ECF No. 54 (Martinez, Williams, Diaz, Rivas, Gannon, Levinson)). In light of the parties' stipulations, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own costs and fees.

　　　　Accordingly, the Clerk of Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

　　Dated:　**April 10, 2025**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1