**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMONT SHEPARD,<br><br>              Plaintiff,<br><br>      v.<br><br>S. GANNON, et al.,<br><br>              Defendants. | Case No. 1:23-cv-01486 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING SETTLEMENT<br><br>Docs. 56, 62 |

Lamont Shepard asserted the defendants violated his civil rights arising under the First and Eighth Amendments. *See* Docs. 14, 24. The Court held a settlement conference with the parties, at which time the parties reached an agreement to settle all claims. Doc. 52. The parties stipulated to dismiss the action with prejudice, and the action was closed on April 8, 2025. *See* Docs. 53, 54, 55.

On December 29, 2025, Shepard asserted he had not received the agreed payment under the settlement terms and moved to compel the defendants to make the payment. Doc. 56. Defendants opposed the motion, reporting that "[t]he settlement funds were paid to Shepard and deposited into his inmate trust account on October 23, 2025." Doc. 60 at 2. The magistrate judge reviewed the evidence that defendants submitted and found Shepard "failed to demonstrate that Defendants have breached the agreement." Doc. 62 at 4. The magistrate judge determined there were "no grounds" for Shepard "to obtain an order compelling Defendants to provide a settlement

1

payment or any other settlement amount in addition to what has been paid," and recommended the Court deny the motion. *Id.*

On February 25, 2026, the Court served the findings and recommendations on Shephard and informed him that any objections were due within 30 days. Doc. 62 at 4-5. The Court also advised Shephard that failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Shephard did not file objections.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court **ORDERS**:

    1.    The findings and recommendations issued on February 25, 2026 (Doc. 62) are **ADOPTED** in full.

    2.    Plaintiff's motion for an order compelling settlement payment (Doc. 56) is **DENIED**.

IT IS SO ORDERED.

Dated:   April 21, 2026

                            UNITED STATES DISTRICT JUDGE